RECEIVED

FEB 1 6 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Rec'd 2/16/06 $32.00
Receipt # 00197697

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CVB VIOLATION/MJ CASE # |
| Plaintiff, | ) | A06-0008 - VN (JDR) |
| | ) | |
| vs. | ) | 3:06-CR-00015 JWS |
| | ) | NOTICE OF APPEAL |
| Harmony Kennedy | ) | |
| Defendant. | ) | |

Notice is hereby given that  _Harmony Kennedy_
appeals to a U.S. District Court Judge from the:

(_____) Conviction only (Fed. R. Crim. P. 32(b)).

(_____) Conviction and sentence.

(__X__) Sentence only (18 U.S.C. § 3742).

Judgment was entered on this action on: _Feb 9th 2006_

Sentence imposed: _135# fine, Drivers Class._

Transcript required (yes or no): _____. If yes,
date ordered or to be ordered: _____ (including arrangements

for payment with court recorder).

Signature: _Harmony Kennedy_
Date: _Feb 16th 2006_

(Rev 11/05)