**FILED**

JAN 19 2006

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

# United States District Court Violation Notice

Violation No: **A1706274**

Officer No: **R7416**

Print Officer Name: **ROCHFORD**

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: **25 NOVEMBER 2005 1:03pm**

Offense Charged: **AS 28.35.235 / 18 USC 13**

Place of Offense: **Parking Lot Bldg 560**

Offense Description: **UNAUTHORIZED USE OF PARKING RESERVED FOR PERSONS WITH DISABILITY**

Defendant's Last Name: **KENNEDY**
First Name: **HARMONY**
M.I.: **F**

City: (illegible)
State: —
Zip Code: —

Driver's License No: —
D.L. State: —
Social Security No: —
Date of Birth: —

### VEHICLE DESCRIPTION

Vehicle Tag No: **F/OO/A 167 (PVZ)**
Vehicle Tag State: **AK**
Year: —
Vehicle Make: —
Vehicle Color: —

A ☐ YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS
B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS   SEE INSTRUCTIONS

☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

Court Address: —
YOUR COURT DATE: Date / Time

Collateral (fine): **$125.00**
For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998   Original CVB Copy   Previous edition is obsolete

(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))

*In Custody — JWS Warr.* (handwritten notation)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **25 NOVEMBER 2005** while exercising my duties as a law enforcement officer in the **3rd Judicial** District of **Alaska**

P/OFFICER ROCHFORD WITH SPC MECHALESKI AS PATROL 1-3, IN THE PARKING LOT OF BLDG 560 OBSERVED A WHITE PONTIAC GRAND AM (AK-OMZ 317) PARKED IN HANDICAP PARKING SPACES (PAINTED) WITH NO HANDICAP PARKING PERMIT. DRIVER RETURNED TO HER VEHICLE. I ISSUED HER 1805 FOR UNAUTHORIZED USE OF PARKING RESERVED FOR PERSONS WITH DISABILITY.

The foregoing statement is based upon
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on **25 NOVEMBER 2005**   Officer's Signature _(signed)_

Probable cause has been stated for the issuance of a warrant

Executed on _____ Date _____ U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998