AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

FILED
JAN 1 9 2006
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

| UNITED STATES OF AMERICA | NOTICE |
|---|---|
| V. | |
| [defendant name illegible] | CASE NUMBER: [illegible] |

**TYPE OF CASE:**  ☐ CIVIL   **X** CRIMINAL

**X TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Federal Building U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, AK 99513 | Courtroom #6, Room 180 |
| | DATE AND TIME<br>[handwritten, illegible] |

**TYPE OF PROCEEDING**

Trial by Court with U.S. Magistrate Judge John D. Roberts.

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

IDA ROMACK, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1-17-06                                    [signature]
DATE                                        (BY) DEPUTY CLERK

TO:   Defendant (white copy), Plaintiff (yellow copy), Court (pink/blue copy)

**PLEASE NOTE:** Failure to appear for Trail by Court could result in a warrant of arrest being issued to bring you before the Court to show cause why you failed to appear for trial. You could be prosecuted separately for failure to appear regardless of the outcome of the of the charge in the underlying violation notice. The above scheduled trial **WILL NOT** be continued for any reason without a written request which must be served on the opposing party and filed with the Court. Requests must state whether the opposing party has been contacted and whether they whether they oppose or n0n-oppose the request. Requests must be filed with the Court with sufficient time to allow the opposing party time to reply if necessary.