FILED
FEB 10 2006
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

__UNITED STATES OF AMERICA__ vs. __HARMONY F. KENNEDY__
Defendant: _X_ Present   _X_ On Bond

BEFORE THE HONORABLE _JOHN D. ROBERTS_   CASE NO. _A06-0008-VN-JDR_

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

APPEARANCES:         PLAINTIFF: CAPTAIN RICK PIZUR

                     DEFENDANT: HARMONY F. KENNEDY, PRO PER

PROCEEDINGS:  TRIAL BY COURT (CVB NO. A1706274/AL12)
              Held 02/09/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:59 p.m. court convened.

Opening statement heard.

Paul Christian Rochford sworn and testified on behalf of the government; government's exhibit **1 IDENTIFIED; 2, 3 & 4 ADMITTED**.

Government rested.

Harmony Faith Kennedy sworn and testified on her own behalf.

Defendant rested.

Closing arguments heard.

Court stated ruling for the record; defendant found **GUILTY**.

Court imposed $125.00 fine with $10.00 special assessment for a total of $135.00 to be paid by close of business **February 16, 2006** to the Clerk's Office in Anchorage.

At 3:32 p.m. court adjourned.

List of Exhibits and List of Witnesses attached.

Notice of Appeal and Payment Coupon given to defendant.

Exhibits retained by counsel.

DATE: ___February 9, 2006___   DEPUTY CLERK'S INITIALS: __ce__

A06-0008--VN (JDR)  2/10/06 ce
-----------------------------
H. KENNEDY
OFFICE OF STAFF JUDGE ADVOCATE
cvb clerk