(Rev 10/05)

# LIST OF EXHIBITS

Case No. *A06-0008-VN-JDR* Magistrate Judge/~~Judge~~: *John D. Roberts*

Title *U.S.A*

vs. *Harmony F. Kennedy*

Dates of ~~Hearing~~/Trial: *February 9, 2006*

Deputy Clerk/Recorder: *Caroline Edmiston*

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| *Captain Rick Pizur* | *Harmony F. Kennedy, Pr per* |
| | |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | x | | Diagram | | | | |
| 2 | x | 2/9/06 | Photo Bldg 560 | | | | |
| 3 | x | 2/9/06 | photo area | | | | |
| 4 | x | 2/9/06 | Photo area | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |