(Rev 10/05)

# LIST OF WITNESSES

Case No. A06-0008-VN-JDR   Magistrate Judge/~~Judge~~: John D. Roberts

Title U.S.A.

vs. Harmony F. Kennedy

Dates of ~~Hearing~~/Trial: February 9, 2006

Deputy Clerk/Recorder: Caroline Edmiston

---WITNESSES---

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|------|------------|----------|-----|--------------|-----------|
| 2/9/06 | 3:00:43 | 3:16:04 | W-1 | Paul Christian Rochford | π |
| 2/9/06 | 3:19:59 | 3:23:53 | W-2 | Harmony Faith Kennedy | Δ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |