# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  HARMONY KENNEDY  </u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                    CASE NO.  <u>3:06-cr-00015-JWS</u>

<u> Pam Richter </u>

PROCEEDINGS: **CLERK'S NOTICE**                 DATE:  March 1, 2006

      Defendant filed a Notice of Appeal to a judge of the U.S. District Court from the U.S. Magistrate Judge's order dated February 9, 2006 re: A06-0008-VN-JDR.  This matter is assigned to Judge Sedwick; all further filings shall bear the U.S. District Court case number:  3:06-cr-00015-JWS. The Notice of Appeal has been entered, and a file-stamped copy of said Notice is enclosed.  Defendant has ten (10) days from receipt of this notification to order a transcript or duplicate recording tape or CD for appeal purposes.  A copy of such request must be filed with this court.  If defendant has not ordered a transcript, tape or CD within ten (10) days, the record on appeal shall be deemed complete for appeal purposes.

      To order the necessary tape or transcript, defendant shall complete the enclosed form AO 435 (Transcript Order). To order a tape or CD the defendant shall complete the enclosed form  or AO 436 (Tape/CD Order) as well as the Transcript Designation Form and return the completed forms to this office.

      Once the record on appeal is complete a Clerk's Notice certifying the record will be forwarded to the parties designating the time for the filing of appeal briefs.

[ ]{Rev.12/03}