# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> HARMONY KENNEDY </u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                        CASE NO.  <u>3:06-cr-00015-JWS</u>

<u> Pam Richter </u>

PROCEEDINGS: **CLERK'S NOTICE**                                                   DATE:

## CERTIFICATION OF RECORD

The transcript or tape of proceedings in this appeal has not been ordered, the record is now complete for appeal purposes.

The Appellant shall, within thirty (30) days of the above stamped date, serve and submit its opening brief.

The Appellee shall serve and submit a brief within thirty (30) days after receipt of a copy of the Appellant's brief.

The Appellant may serve and submit a reply brief within ten (10) days after receipt of the Appellee's brief.

Briefs must be submitted to the court in an original and one copy and a copy of the brief must be served upon each active party in the case.

[ ]{USDJ2.WPD*Rev.04/03}